VICTORIA BOOKE, SBN 142518
vbooke@bookelaw.com
Booke & Aljouny
606 North First Street
San Jose, California 95112
Tel:  (408) 286-7000
Fax:  (408) 286-7111

ANDREW T. MILTENBERG (*pro hac vice forthcoming*)
amiltenberg@nmllplaw.com
GABRIELLE M. VINCI (*pro hac vice forthcoming*)
gvinci@nmllplaw.com
Nesenoff & Miltenberg, LLP
363 7th Ave., 5th Floor
New York, NY 10001
Tel:  (212) 736-4500
Fax:  (212 736-2260

Attorneys for Plaintiff
CAMILLE GEAR RICH

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CAMILLE GEAR RICH, | Case No.  2:25-cv-05842-JFW (JCx) |
| Plaintiff, | The Honorable John F. Walker |
| v. | **STIPULATION TO DISMISS DEFENDANTS UNIVERSITY OF SOUTHERN CALIFORNIA GOULD SCHOOL OF LAW AND BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA (Fed. R. Civ. Proc. 41(a)(1)(A)(ii))** |
| UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*, | |
| Defendants. | |

## <u>STIPULATION TO DISMISS DEFENDANTS</u>

Plaintiff Camille Gear Rich ("Plaintiff") and Defendants University of Southern California, University of Southern California Gould School of Law, and Board of Trustees of the University of Southern California (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint for Damages (Dkt. No. 1) in this action on June 26, 2025;

WHEREAS, Plaintiff served the Complaint on Defendants on September 24, 2025 (Dkt. Nos. 15, 15-1, 15-2);

WHEREAS, Defendants' deadline to respond to the Complaint is November 14, 2025 (Dkt. No. 19);

WHEREAS, counsel for Plaintiff and Defendants have met and conferred regarding Defendant University of Southern California's ("USC") contention that the University of Southern California Gould School of Law and Board of Trustees of the University of Southern California are not separate legal entities from USC, such that USC has been erroneously and unnecessarily sued under these names; and

WHEREAS, Plaintiff has agreed to dismiss Defendants University of Southern California Gould School of Law and Board of Trustees of the University of Southern California from this action with prejudice;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

THEREFORE, Defendants University of Southern California Gould School of Law and Board of Trustees of the University of Southern California, are hereby dismissed from this action with prejudice.

**AGREED AND STIPULATED**.

DATED: November 5, 2025      PAZZANI & SANDHU LLP

By:  */s/ Joseph V. Marra III*
      KAREN J. PAZZANI
      PUNEET K. SANDHU
      JOSEPH V. MARRA III

Attorneys for Defendants
UNIVERSITY OF SOUTHERN CALIFORNIA, UNIVERSITY OF SOUTHERN CALIFORNIA GOULD SCHOOL OF LAW, and BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA

DATED: November 6, 2025      BOOKE & AJLOUNY

By:  **
      VICTORIA BOOKE

Attorneys for Plaintiff
CAMILLE GEAR RICH

**Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3