RUFUS-ISAACS ACLAND & GRANTHAM LLP
ALEXANDER RUFUS-ISAACS, State Bar No. 135747
 *aisaacs@rufuslaw.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383

NESENOFF & MILTENBERG, LLP
ANDREW T. MILTENBERG (pro hac vice)
 *amiltenberg@nmllplaw.com*
GABRIELLE M. VINCI (pro hac vice)
 *gvinci@nmllplaw.com*
363 7th Avenue, 5th Floor
New York, New York 10001
Telephone: (212) 736-4500
Facsimile: (212) 736-2260

Attorneys for Plaintiff CAMILE GEAR RICH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| CAMILE GEAR RICH, | CASE No. 2:25-cv-05842-JFW(JCx) |
|---|---|
| Plaintiff | **DECLARATION OF LEAD TRIAL COUNSEL** |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, UNIVERSITY OF SOUTHERN CALIFORNIA GOULD SCHOOL OF LAW, and the BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA | |
| Defendants | |

8716.3.1

DECLARATION OF LEAD TRIAL COUNSEL

## DECLARATION OF GABRIELLE M. VINCI

I, Gabrielle M. Vinci, declare as follows:

1. I am an attorney duly admitted through *pro hac vice* to practice before this Court. I am a partner with Nesenoff & Miltenberg, LLP, attorneys of record for plaintiff Camille Gear Rich. I am lead trial counsel for plaintiff Camile Gear Rich in this matter. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. This declaration is submitted pursuant to ¶3(a) of the Court's Standing Order.

3. I have registered as an "CM/ECF User."

4. My "E-Mail Address of Record" is gvinci@nmllplaw.com.

5. I confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 2, 2025, at New York, New York.

*s/ Gabrielle M. Vinci/*
GABRIELLE M. VINCI

8716.3.1

2
DECLARATION OF LEAD TRIAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

DATED: December 2, 2025

BY: <u>s/*Alexander Rufus-Isaacs/*</u>
Alexander Rufus-Isaacs
RUFUS-ISAACS ACLAND & GRANTHAM LLP

RUFUS-ISAACS ACLAND & GRANTHAM LLP
9440 SANTA MONICA BLVD., SUITE 301
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 770-1307 • Fax (424) 258-7383

8716.3.1

3

DECLARATION OF LEAD TRIAL COUNSEL