UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| **Camille Gear Rich**                           | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | CV 25-5842-JFW(JCx) |
| **University of Southern California, et al.**  Defendant(s). | **ORDER VACATING SCHEDULING CONFERENCE, REFERRAL TO PRIVATE MEDIATION, and DISMISSING ANY UNSERVED DOE DEFENDANTS** |

The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.

- **The hearing on January 5, 2026 is vacated and taken off calendar**
- **A Scheduling and Case Management Order will issue**
- **Any unserved DOE defendants are dismissed at this time**

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby orders this case referred to:

- **ADR Procedure No. 3: Private mediation**

    ▸ The ADR proceeding is to be completed no later than: **September 14, 2026**
    ▸ The Joint Report re: Results of Settlement Conference is due on: **September 18, 2026**

Counsel are responsible for contacting the private mediator at the appropriate time to arrange for further proceedings.

**Dated: December 22, 2025**

_____
United States District Judge

CC: ADR