PUNEET K. SANDHU (State Bar No. 254726)
psandhu@psemploymentlaw.com
KAREN J. PAZZANI (State Bar No. 252133)
kpazzani@psemploymentlaw.com
JOSEPH V. MARRA III (State Bar No. 238181)
jmarra@psemploymentlaw.com
PAZZANI & SANDHU LLP
700 N. Central Ave., Suite 480
Glendale, California 91203
Telephone:  (213) 362-1860
Facsimile:   (213) 362-1861

Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CAMILLE GEAR RICH, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF SOUTHERN CALIFORNIA, *et al.*, <br><br> Defendants. | Case No.  2:25−cv−05842−JFW (JCx) <br><br> **NOTICE OF LODGING [PROPOSED] STIPULATED PROTECTIVE ORDER** <br><br> DISCOVERY MATTER |

NOTICE OF LODGING [PROPOSED] STIPULATED PROTECTIVE ORDER

PLEASE TAKE NOTICE that Defendant University of Southern California, hereby respectfully lodges the attached **Exhibit A**, [Proposed] Stipulated Protective Order, executed by counsel for Plaintiff and Defendant, for the Magistrate Judge's consideration and entry.

DATED: January 28, 2026

PUNEET K. SANDHU
JOSEPH V. MARRA III
KAREN J. PAZZANI
PAZZANI & SANDHU LLP

By: */s/ Joseph V. Marra III*
JOSEPH V. MARRA III
Attorneys for Defendant
UNIVERSITY OF SOUTHERN CALIFORNIA